UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORMAN PETE                                    CIVIL ACTION

VERSUS                                         NO. 22-2327 C/W
                                               NO. 22-3041
JOHN DOE, ET AL.
                                               SECTION "R" (2)


# ORDER AND REASONS

Before the Court is plaintiff's motion for reconsideration[1] of this Court's Order adopting the Magistrate Judge's Report and Recommendations and judgment dismissing with prejudice his 42 U.S.C. § 1983 claims against defendants.[2]

A district court has considerable discretion to grant or to deny a motion for reconsideration. *See Edward H. Bohlin Co. v. Banning Co.,* 6 F.3d 350, 355 (5th Cir.1993). A court's reconsideration of an earlier order is an extraordinary remedy, which should be granted sparingly. *See Fields v. Pool Offshore, Inc.,* No. 97-3170, 1998 WL 43217, at *2 (E.D. La. Feb. 3, 1998), *aff'd*, 182 F.3d 353 (5th Cir.1999); *Bardwell v. George G. Sharp, Inc.*, Nos. 93-3590, 93-3591, 1995 WL 517120, at *1 (E.D. La. Aug. 30, 1995). The Court must "strike the proper balance" between the need for finality and "the need to render just decisions on

---

[1] R. Doc. 12.
[2] R. Docs. 10 & 11.

the basis of all the facts." *Edward H. Bohlin Co.*, 6 F.3d at 355. To succeed on a motion for reconsideration, a party must "'clearly establish either a manifest error of law or fact or must present newly discovered evidence.'" *Ross v. Marshall*, 426 F.3d 745, 763 (5th Cir. 2005) (quoting *Pioneer Natural Res. USA, Inc. v. Paper, Allied Indus., Chem. & Energy Workers Int'l Union Local 4-487*, 328 F.3d 818, 820 (5th Cir. 2003)).

The Court finds that plaintiff's motion for reconsideration has not established either a manifest error of law or presented newly discovered evidence in support of reconsidering this Court's prior Order and Judgment. Instead, plaintiff's motion consists of several excerpts from *Lewis v. Casey*, 518 U.S. 343 (1996),[3] a case which plaintiff cited in both his original complaint[4] and objections to the Report and Recommendations.[5] The Court has already considered plaintiff's arguments under *Casey* in its Order adopting the Report and Recommendations.[6] Without pointing to any manifest error of law or newly discovered evidence, plaintiff's motion for reconsideration is DENIED.

New Orleans, Louisiana, this __7th__ day of August, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[3] R. Doc. 12.
[4] R. Doc. 3.
[5] R. Doc. 8.
[6] R. Doc. 10.